# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA RAMIREZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WALGREENS SPECIALTY PHARMACY, LLC., a Delaware limited liability corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01303-CKD<br><br>[PROPOSED] ORDER REGARDING JOINT STIPULATION TO AMEND DEFENDANT'S NAME<br><br><br>Complaint Filed:　July 3, 2023<br>Trial Date:　　　None<br>Magistrate Judge:　Hon. Carolyn K. Delaney<br>　　　　　　　　Courtroom 24, Sacramento |

**[PROPOSED] ORDER**

Based upon the parties' Joint Stipulation to Amend Defendant's Name, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant's entity name, currently named "Walgreens Specialty Pharmacy, LLC." by way of Plaintiff's complaint, will be amended to "Walgreen Co." and the Clerk shall update the docket accordingly. The amendment to Plaintiff's complaint will relate back to the original date when the complaint was filed on July 3, 2023. Notwithstanding, the amendment is made without prejudice to Defendant should Defendant decide to challenge Plaintiff's Complaint in the future.

IT IS SO ORDERED.

Dated:  October 4, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
rami23cv1303.stip.d